

**ORDERED in the Southern District of Florida on October 11, 2017.**

/s/ Laurel M. Isicoff
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

IN RE:                                              CASE NO: 13-16684-BKC-LMI
PEDRO ALFONSO,
              DEBTOR(S).
_____/

ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN TO INCREASE PLAN BASE

THIS CAUSE came on to be heard on October 3, 2017 on the Trustee's Motion to Modify Plan to Increase Plan Base, and based on the record, it is

ORDERED as follows:

1. The Trustee's Motion (ECF #141) is granted.

2. The Plan is modified to increase the plan base an additional $669.74 for a total plan base of $121,854.24 for payment to the unsecured creditors.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQ is directed to serve a copy of this order on debtor(s) and debtor(s) attorney and to file a certificate of service with the Clerk of the Court, immediately upon receipt thereof.